B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Midwest Commercial Investments, X, LLC**  
Debtor(s)

Case No. **10-3544-JKC-11**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Agate Investors, LLC Attn: Larry Layton<br>1024 State Avenue NE<br>Olympia, WA 98506 | Agate Investors, LLC Attn: Larry Layton<br>1024 State Avenue NE<br>Olympia, WA 98506 | Promissory Note | | 240,000.00 |
| Burke, Edward William<br>3216 NE 155th Ave<br>Portland, OR 97230 | Burke, Edward William<br>3216 NE 155th Ave<br>Portland, OR 97230 | Promissory Note | | 400,000.00 |
| Citistic Resources, LLC<br>5345 NW Pondosa Drive<br>Portland, OR 97229 | Citistic Resources, LLC<br>5345 NW Pondosa Drive<br>Portland, OR 97229 | Promissory Note | | 300,000.00 |
| Cleary, Mary<br>14015 Brookstone Drive<br>Carmel, IN 46032 | Cleary, Mary<br>14015 Brookstone Drive<br>Carmel, IN 46032 | Promissory Note | | 500,000.00 |
| Dezenzo, Joseph<br>5083 Plantation Court<br>Mason, OH 45040 | Dezenzo, Joseph<br>5083 Plantation Court<br>Mason, OH 45040 | Promissory Note | | 250,000.00 |
| Eyre, Susan Ellis<br>8097 Narcissus Lane North<br>Maple Grove, MN 55311 | Eyre, Susan Ellis<br>8097 Narcissus Lane North<br>Maple Grove, MN 55311 | Promissory Note | | 150,000.00 |
| First Financial Bank fka Irwin Union Ba<br>300 W. Sixth Street<br>Bloomington, IN 47404 | First Financial Bank fka Irwin Union Ba<br>300 W. Sixth Street<br>Bloomington, IN 47404 | | | 478,736.77 |
| Jacquot, Mark<br>3N975 Emily Dickinso Lane<br>St. Charles, IL 60175 | Jacquot, Mark<br>3N975 Emily Dickinso Lane<br>St. Charles, IL 60175 | Promissory Note | | 316,550.00 |
| Jellin, Richard<br>1401 Kains Avenue<br>San Bruno, CA 94066 | Jellin, Richard<br>1401 Kains Avenue<br>San Bruno, CA 94066 | Promissory Note | | 200,000.00 |
| JRW Sherman Investments, LLC dba RRK Ass<br>3171 Crestmoor Drive<br>San Bruno, CA 94066 | JRW Sherman Investments, LLC dba RRK Ass<br>3171 Crestmoor Drive<br>San Bruno, CA 94066 | Promissory Note | | 160,000.00 |
| Lawley, Chris<br>8544 Meadowbluff Court<br>Cincinnati, OH 45249 | Lawley, Chris<br>8544 Meadowbluff Court<br>Cincinnati, OH 45249 | Promissory Note | | 169,917.00 |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  **Midwest Commercial Investments, X, LLC**  
Debtor(s)

Case No.  **10-3544-JKC-11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Mark Coghlin**<br>**3942 The Ridings**<br>**Mason, OH 45040** | **Mark Coghlin**<br>**3942 The Ridings**<br>**Mason, OH 45040** | **Promissory Note** | | **109,850.00** |
| **Novicki, Eric**<br>**6901 Man O War Lane**<br>**Mason, OH 45040** | **Novicki, Eric**<br>**6901 Man O War Lane**<br>**Mason, OH 45040** | **Promissory Note** | | **500,000.00** |
| **Owens, Robert G.**<br>**7370 St. Ives Place**<br>**West Chester, OH 45069** | **Owens, Robert G.**<br>**7370 St. Ives Place**<br>**West Chester, OH 45069** | **Promissory Note** | | **175,000.00** |
| **Pramco III, LLC**<br>**6894 Pittsford-Palmyra Road**<br>**Suite 230**<br>**Fairport, NY 14450** | **Pramco III, LLC**<br>**6894 Pittsford-Palmyra Road**<br>**Suite 230**<br>**Fairport, NY 14450** | | | **3,500,000.00**<br><br>**(0.00 secured)** |
| **Pramco III, LLC**<br>**6894 Pittsford-Palmyra Road**<br>**Suite 230**<br>**Fairport, NY 14450** | **Pramco III, LLC**<br>**6894 Pittsford-Palmyra Road**<br>**Suite 230**<br>**Fairport, NY 14450** | | | **583,522.50**<br><br>**(0.00 secured)** |
| **Purlee, John M**<br>**85 Red Alder Court**<br>**Danville, CA 94506** | **Purlee, John M**<br>**85 Red Alder Court**<br>**Danville, CA 94506** | **Promissory Note** | | **169,917.00** |
| **Randel, James**<br>**P. O. Box 1439**<br>**Mill Valley, CA 94942** | **Randel, James**<br>**P. O. Box 1439**<br>**Mill Valley, CA 94942** | **Promissory Note** | | **108,747.00** |
| **Thomas Blake Winslow**<br>**13403 Canyon Lane**<br>**Pickerington, OH 43147** | **Thomas Blake Winslow**<br>**13403 Canyon Lane**<br>**Pickerington, OH 43147** | **Promissory Note** | | **750,000.00** |
| **White, Rolland & Ann**<br>**0836 SW Curry Street #808**<br>**Portland, OR 97239** | **White, Rolland & Ann**<br>**0836 SW Curry Street #808**<br>**Portland, OR 97239** | **Promissory Note** | | **495,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 22, 2010**     Signature  **/s/ Peter Dvorak**  
                                          **Peter Dvorak**  
                                          **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.